UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

APPLEWOOD WINERY, LLC,

                      Plaintiff,

-v-

APPLEWOOD DISTILLERY, LLC,

                      Defendant.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Civil Action No.: 15-cv-4445

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Applewood Winery, LLC, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant, Applewood Distillery, LLC.

Dated: September 8, 2015

                                            Brendan M. Palfreyman (No. 9405)
                                            James R. Muldoon (No. 1985)
                                            HARRIS BEACH PLLC
                                            333 W. Washington Street
                                            Suite 200
                                            Syracuse, New York 13202
                                            Telephone: 315-423-7100
                                            Facsimile: 315-422-9331
                                            Email: bpalfreyman@harrisbeach.com

*Attorneys for Plaintiff Applewood Winery, LLC*